# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VANCREY, BETTY G | § | Case No. 05-21614 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH E. COHEN_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T Universal Card P.O. Box 44167 Jacksonville, FL 32231-4167 | | | | | |
| American Express PO Box 360002 Fort Lauderdale, FL 33336-0002 | | | | | |
| Bank of America P.O. Box 53136 Phoenix, AZ 85072-3136 | | | | | |
| Chase Platinum P.O. Box 15929 Wilmington, DE 19850-5129 | | | | | |
| Citi Cards P.O. Box 6401 The Lakes, NV 88901-6401 | | | | | |
| Clerk of the Circuit Court 19th Judicial Circuit Attn: Traffic Division 18 North County Waukegan, IL 60085 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Direct Merchants Bank Bankruptcy Group P.O. Box 29423 Phoenix, AZ 85038-9423 | | | | | |
| Discover Financial Services P.O. Box 30395 Salt Lake City, UT 84130-0395 | | | | | |
| Kantor & Apter, Ltd. 650 Dundee Road Suite 160 Northbrook, IL 60062 | | | | | |
| MBNA America P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| MBNA America P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| Prime Acceptance Corp. PO Bos 5096 Chicago, IL 60680-5096 | | | | | |
| Representing: American Express | | | | | |
| Take Charge America 20620 North 19th Avenue Phoenix, AZ 85027-3585 | | | | | |
| Verizon Wireless 1515 Woodfield Drive Schaumburg, IL 60173 | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA, N.A. | | | | | |
| DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| MBNA AMERICA BANK N A | | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| PRIME ACCEPTANCE CORP. | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-21614 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | VANCREY, BETTY G | Date Filed (f) or Converted (c): | 05/31/05 (f) |
| | | 341(a) Meeting Date: | 07/07/05 |
| For Period Ending: | 04/21/10 | Claims Bar Date: | 04/26/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 179,900.00 | 25,000.00 | | 20,000.00 | FA |
| 2. CASH | 35.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 200.00 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 5. 401(K) | Unknown | Unknown | | 0.00 | Unknown |
| 6. APPAREL | 1,500.00 | Unknown | | 0.00 | Unknown |
| 7. JEWELRY | 1,000.00 | Unknown | | 0.00 | Unknown |
| 8. LIFE INSURANCE | 0.00 | Unknown | | 0.00 | Unknown |
| 9. VEHICLE | 4,500.00 | Unknown | | 0.00 | Unknown |
| 10. MACHINERY | 500.00 | Unknown | | 0.00 | Unknown |
| 11. PERSONAL INJURY | Unknown | Unknown | | 0.00 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 299.56 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $188,835.00 | $25,000.00 | | $20,299.56 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE CHECKING OUT VALUE OF REAL ESTATE AND PERSONAL INJURY CASE. TRUSTEE IS NEGOTIATING WITH DEBTOR TO PURCHASE EQUITY IN HOUSE. TRUSTEE HAS FILED MOTION TO APPROVE SETTLEMENT WITH DEBTOR SET FOR 7/14/06. TRUSTEE HAS TO REVIEW CLAIMS THAT BEEN FILED.
TRUSTEE COMMENCING PREPARATION OF FINAL REPORT. TRUSTEE HAS FILED HIS FINAL REPORT WITH THE COURT. FINAL HEARING IS SET FOR 1/8/2010.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 05-21614  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | VANCREY, BETTY G | Date Filed (f) or Converted (c): | 05/31/05 (f) |
| | | 341(a) Meeting Date: | 07/07/05 |
| | | Claims Bar Date: | 04/26/06 |

Initial Projected Date of Final Report (TFR): 10/31/06     Current Projected Date of Final Report (TFR): 07/30/09

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-21614 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | VANCREY, BETTY G | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6524 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7166 | | | |
| For Period Ending: | 04/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/06 | 1 | BETTY VANCREY | Sale of equity to Debtor | 1110-000 | 12,000.00 | | 12,000.00 |
| 08/14/06 | 1 | BETTY VANCREY | Sale of equity to Debtor | 1110-000 | 8,000.00 | | 20,000.00 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.19 | | 20,008.19 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.44 | | 20,024.63 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.02 | | 20,041.65 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.47 | | 20,058.12 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.03 | | 20,075.15 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.06 | | 20,092.21 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.41 | | 20,107.62 |
| 03/01/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-000 | | 16.19 | 20,091.43 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.08 | | 20,108.51 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.53 | | 20,125.04 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.09 | | 20,142.13 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.55 | | 20,158.68 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.12 | | 20,175.80 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.14 | | 20,192.94 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 12.85 | | 20,205.79 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 12.88 | | 20,218.67 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 10.80 | | 20,229.47 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 9.67 | | 20,239.14 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 8.02 | | 20,247.16 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 4.81 | | 20,251.97 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 17.86 | 20,234.11 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.79 | | 20,238.90 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.15 | | 20,243.05 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.57 | | 20,245.62 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.49 | | 20,248.11 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-21614 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | VANCREY, BETTY G | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6524 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7166 | | | |
| For Period Ending: | 04/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.57 | | 20,250.68 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.57 | | 20,253.25 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.50 | | 20,255.75 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.96 | | 20,257.71 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.66 | | 20,259.37 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.02 | | 20,260.39 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,260.56 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 20,260.72 |
| 02/28/09 | 000303 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 16.63 | 20,244.09 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,244.27 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 20,244.71 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,245.22 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,245.72 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,246.24 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,246.76 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,247.26 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,247.77 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,248.28 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,248.80 |
| 01/06/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 20,248.88 |
| 01/06/10 | | Transfer to Acct #*******1121 | Final Posting Transfer | 9999-000 | | 20,248.88 | 0.00 |

Case 05-21614   Doc 31   Filed 04/28/10   Entered 04/28/10 12:28:56   Desc Main
Document      Page 12 of 14

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-21614 -ABG | |
| Case Name: | VANCREY, BETTY G | |
| Taxpayer ID No: | *******7166 | |
| For Period Ending: | 04/21/10 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH E. COHEN | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******6524  Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

```
Account  *******6524        Balance Forward           0.00
                      2     Deposits             20,000.00        3  Checks                    50.68
                     42     Interest Postings       299.56        0  Adjustments Out            0.00
                                                 ──────────       1  Transfers Out         20,248.88
                            Subtotal        $    20,299.56                                ──────────
                                                                    Total            $    20,299.56
                      0     Adjustments In           0.00
                      0     Transfers In             0.00
                                                 ──────────
                            Total           $    20,299.56
```

FORM 2

Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-21614 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | VANCREY, BETTY G | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1121 BofA - Checking Account |
| Taxpayer ID No: | *******7166 | | |
| For Period Ending: | 04/21/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/06/10 | | Transfer from Acct #*******6524 | Transfer In From MMA Account | 9999-000 | 20,248.88 | | 20,248.88 |
| 01/12/10 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,779.85 | 17,469.03 |
| 01/12/10 | 003002 | Cohen & Krol | Attorney fees per court order | 3110-000 | | 1,155.34 | 16,313.69 |
| 01/12/10 | 003003 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 577.66 | 15,736.03 |
| 01/12/10 | 003004 | Prime Acceptance Corp.<br>200 W Jackson Ste 720<br>Chicago IL 60606 | Claim 000001, Payment 20.40588% | 7100-000 | | 115.13 | 15,620.90 |
| 01/12/10 | 003005 | Discover Bank/Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | Claim 000002, Payment 20.40618% | 7100-000 | | 2,382.04 | 13,238.86 |
| 01/12/10 | 003006 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000003, Payment 20.40641% | 7100-000 | | 409.22 | 12,829.64 |
| 01/12/10 | 003007 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>P O Box 3001<br>Malvern PA 19355-0701 | Claim 000004, Payment 20.40616% | 7100-000 | | 3,207.55 | 9,622.09 |
| 01/12/10 | 003008 | Portfolio Recovery Associates, LLC<br>P O Box 41067<br>Norfolk, Va 23541 | Claim 000005, Payment 20.40617% | 7100-000 | | 2,532.03 | 7,090.06 |
| 01/12/10 | 003009 | MBNA America Bank N A<br>Mailstop DE5-014-02-03<br>P O Box 15168<br>Wilmington DE 19850 | Claim 000006, Payment 20.40617% | 7100-000 | | 7,090.06 | 0.00 |

LFORM2T4 UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

Ver: 15.08

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-21614 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | VANCREY, BETTY G | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1121 BofA - Checking Account |
| Taxpayer ID No: | *******7166 | | |
| For Period Ending: | 04/21/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******1121
- Balance Forward: 0.00
- 0 Deposits: 0.00
- 0 Interest Postings: 0.00
- Subtotal: $ 0.00
- 0 Adjustments In: 0.00
- 1 Transfers In: 20,248.88
- Total: $ 20,248.88

- 9 Checks: 20,248.88
- 0 Adjustments Out: 0.00
- 0 Transfers Out: 0.00
- Total: $ 20,248.88

Report Totals
- Balance Forward: 0.00
- 2 Deposits: 20,000.00
- 42 Interest Postings: 299.56
- Subtotal: $ 20,299.56
- 0 Adjustments In: 0.00
- 1 Transfers In: 20,248.88
- Total: $ 40,548.44

- 12 Checks: 20,299.56
- 0 Adjustments Out: 0.00
- 1 Transfers Out: 20,248.88
- Total: $ 40,548.44

- Net Total Balance: $ 0.00